United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANI BLAKELY, an individual,

Plaintiff,

v.

SODEXO, INC AND SDH SERVICES WEST, LLC; and DOES 1 through 100,

Defendant.

Case No. 3:26-cv-06616 TSH

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) Chani Blakely, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Joel Glaser; V. Sabrina Bowley G.
JOEL GLASER APC

Name(s) of counsel withdrawing from representation and firm name:
Emanuel M. Starr
FRONTIER LAW CENTER

Date: August 12, 2026

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: August 14, 2026

UNITED STATES MAGISTRATE JUDGE