UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANI BLAKELY, an individual,<br>Plaintiff,<br>vs.<br>SODEXO, INC. AND SDH SERVICES WEST, LLC, et al.,<br>Defendants. | Case No. 3:26-cv-06616-TSH<br>**ORDER *AS MODIFIED BY THE COURT* RE JOINT STIPULATION TO SUBMIT ENTIRE ACTION TO ARBITRATION** |

# ORDER AS MODIFIED BY THE COURT

**IT IS HEREBY ORDERED** that, pursuant to the Parties' Stipulation to Submit To Arbitration:

1. The Parties shall submit this action to binding arbitration in accordance with the terms of the Arbitration Agreement;

2. This civil proceeding shall be stayed in its entirety pending completion of the arbitration;

3. All pending dates are hereby vacated; and

4. The Court will retain jurisdiction of this action to enforce this Stipulation to Submit to Arbitration, to enforce any arbitration award, and to perform any other roles as permitted by the Federal Arbitration Act and/or other applicable laws or rules of this Court.

*The parties shall file a status report every 90 days

**IT IS SO ORDERED**.

DATED: September 17, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge